ACCEPTED
15-25-00054-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/6/2025 1:22 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00054-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/6/2025 1:22:23 PM
CHRISTOPHER A. PRINE
Clerk

# IN THE COURT OF APPEALS FOR THE FIFTEENTH DISTRICT AUSTIN, TEXAS

## JOHANNES B. MASSAR,
*Appellant*

v.

## PEGASUS PAIN MANAGEMENT, PLLC,
*Appellee*

**From Cause No. CC-22-00078-B in the County Court at Law No. 2, Dallas County, Texas, Honorable Melissa Bellan, Presiding**

## APPELLEE'S UNOPPOSED SECOND MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:

COMES NOW, Pegasus Pain Management, PLLC ("Appellee" or "PPM"), and files *Appellee's Unopposed Second Motion to Extend Time to File Appellee's Brief*, and would show this Honorable Court as follows:

## I.
## BACKGROUND

On September 8, 2025, Appellant Johannes B. Massar ("Appellant") filed *Brief of Appellant.* On October 2, 2025, Appellee was granted an extension by this Court to file Appellee's Brief by November 7, 2025.

Appellee respectfully requests a twenty-four (24) day extension of this deadline, making Appellee's Brief due on or before December 1, 2025. Appellant does not oppose this extension request.

## II.
## RELIEF REQUESTED

Appellee respectfully requests the Court grant it an extension December 1, 2025 to file Appellee's Brief. This is the second extension request sought for Appellee's Brief.

## III.
## ARGUMENT AND AUTHORITIES

### A. The Law

Rule 10.5(b) of the Texas Rules of Appellate Procedure provides that a party may seek an extension of time to file its brief by complying with Rule 10.5(b)(1). *See Tex. R. App. P.* 38.6(d). A motion to extend time must include: (1) the deadline for filing the item at issue; (2) the length of the extension sought; (3) the facts relied on to support the request for an extension; and (4) the number of previous extensions granted. *See Tex. R. App. P.* 10.5(b)(1).

### B. Application of the Law to the Facts

Appellee has complied with Rules 10.5(b)(1) and has demonstrated good cause as explained below for an extension. Good cause exists for granting Appellee a twenty-four (24) day extension to December 1, 2025 to file its brief. Among other

considerations, Appellee's counsel has been involved in the following time sensitive matters in the last thirty (30) days:

1. Preparation for and drafting of *Appellant's Motion for Rehearing* in *Regina Carson v. Blue Cross Blue Sheild, et al.*, No. 15-24-00108-CV in the Fifteenth Court of Appeals, Austin, Texas;

2. Extensive preparation and attendance at multiple in-person hearings including on October 16, 2025, October 29, 2025, November 4, 2025, and November 7, 2025, as well as extensive drafting of various motions, responses, replies, and supplements for the lawsuit styled *Monolithic Power Systems, Inc. v. David Skinner*, Cause No. DC-25-11937 in the 134th District Court of Dallas County, Texas;

3. Extensive preparation and drafting of a lengthy and emergency Petition for Writ of Mandamus and accompanying Motion to Stay to be filed in the Fifth Court of Appeals emanating from the lawsuit styled *Monolithic Power Systems, Inc. v. David Skinner*, Cause No. DC-25-11937 in the 134th District Court of Dallas County, Texas;

4. Intense review and participation in a mediation for *TNT Gaming Center LLC and TNT Family Entertainment, Inc. v. American Specialty Insurance & Risk Services, Inc., Arch Specialty Insurance Company, St. Paul Fire and Marine Insurance Company, et al*; Civil Action No. 3:24-cv-01995-

K, in the United States District Court for the Northern District of Texas, Dallas Division;

5. Preparation for and in-person attendance at a full day mediation in Quanah, Texas for the lawsuit styled *Bertha Arce v. American National Insurance Company*; Cause No. 11529, in the 46th Judicial District Court of Hardeman County, Texas; and

6. Preparation, extensive review of documents, and in-person attendance at a full day mediation for the lawsuit styled *UVL Acquisition Holding, LLC, et al. v. Jeff Benzin, et al.*, Cause No. CC-25-02336-D in the County Court at Law No. 4 of Dallas County, Texas

These and other pending matters and issues demonstrate that Appellee's counsel was not being deliberately indifferent or intentionally disregarding deadlines in this matter. In particular, the amount of time Appellee's counsel has had to devote to the *Monolithic Power* lawsuit identified in items 2-3 above was completely unanticipated and has resulted in numerous scheduling difficulties.

Appellant is not opposed to Appellee's extension request. The extension is not sought for delay, will not prejudice any party, and is made so that justice will be done.

Appellee requests the Court grant it an extension until December 1, 2025 to file Appellee's Brief.

## IV.
## CONCLUSION

Appellee has demonstrated good cause for the extension sought. Appellee's request should be granted.

WHEREFORE, PREMISES CONSIDERED, Appellee prays this Honorable Court grant its motion as requested herein and grant Appellee such other and further relief to which it is entitled.

Respectfully submitted,

By: */s/ Mark A. Ticer*
Mark A. Ticer
State Bar #20018900
mticer@ticerlaw.com
Jennifer W. Johnson
State Bar #24060029
jjohnson@ticerlaw.com

**LAW OFFICE OF MARK A. TICER**
10440 N. Central Expressway, Suite 600
Dallas, Texas 75231
(214) 219-4220
(214) 219-4218 (FAX)

*ATTORNEYS FOR APPELLEE*
*PEGASUS PAIN MANAGEMENT, PLLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that a conference with counsel for Appellant was held on November 6, 2025. Appellant does not oppose Appellee's extension request.

*/s/ Mark A. Ticer*
Mark A. Ticer

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record, *via e-file*, on this the 6th day of November 2025.

*/s/ Mark A. Ticer*
Mark A. Ticer

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lisa Amerson on behalf of Mark Ticer
Bar No. 20018900
lamerson@ticerlaw.com
Envelope ID: 107750918
Filing Code Description: Motion
Filing Description: Appellee's Unopposed Second Motion to Extend Time to File Appellee's Brief
Status as of 11/6/2025 1:48 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Raymond R.Fernandez | | rfernandez@fernandezllp.com | 11/6/2025 1:22:23 PM | SENT |
| Robert L.Knebel | | rknebel@fernandezllp.com | 11/6/2025 1:22:23 PM | SENT |
| Jennifer WeberJohnson | | jjohnson@ticerlaw.com | 11/6/2025 1:22:23 PM | SENT |
| Mark Ticer | 20018900 | mticer@ticerlaw.com | 11/6/2025 1:22:23 PM | SENT |
| Brooke Bailey | | bbailey@ticerlaw.com | 11/6/2025 1:22:23 PM | SENT |
| Michelle Smith | | msmith@ticerlaw.com | 11/6/2025 1:22:23 PM | SENT |